

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

**FILED**

MAY 9 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**PRELIMINARY INJUNCTION TIME SCHEDULE NOTICE**

Docket Number:           25-3030
Originating Case Number: 3:25-cv-03698-SI

Short Title:             American Federation Of Government Employees, AFL-CIO, et al. v. Trump, et al.

Dear Appellant/Counsel

Your notice of appeal has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Motions filed along with the notice of appeal in the district court are not automatically transferred to this court for filing. Any motions seeking relief from this court must be separately filed in this court's docket.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

You must file a Disclosure Statement (Form 34) within 14 days of this notice if your case: (1) involves a non-governmental corporation, association, joint venture, partnership, limited liability company, or similar entity; (2) is a bankruptcy case; (3) is a criminal case involving an organizational victim; or (4) involves review of state court proceedings. See Ninth Circuit Rule 26-1.1.

**Failure of the appellant(s) to comply with the time schedule order will result in dismissal of the appeal.**

**Please read the enclosure materials carefully.**



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

**PRELIMINARY INJUNCTION TIME SCHEDULE NOTICE**

Docket Number:            25-3030
Originating Case Number:  3:25-cv-03698-SI

Case Title:               American Federation Of Government Employees, AFL-CIO, et al. v. Trump, et al.

**Wednesday, May 14, 2025**

| | |
|---|---|
| Donald J. Trump | Mediation Questionnaire due |
| Office of Management and Budget | Mediation Questionnaire due |
| Russell Vought | Mediation Questionnaire due |
| United States Office of Personnel Management | Mediation Questionnaire due |
| Charles Ezell | Mediation Questionnaire due |
| United States Department of Government Efficiency | Mediation Questionnaire due |
| Elon Musk | Mediation Questionnaire due |
| Amy Gleason | Mediation Questionnaire due |
| United States Department of Agriculture | Mediation Questionnaire due |
| Brooke Rollins | Mediation Questionnaire due |
| United States Department of Commerce | Mediation Questionnaire due |
| Howard Lutnick | Mediation Questionnaire due |
| United States Department of Defense | Mediation Questionnaire due |
| Peter Hegseth | Mediation Questionnaire due |
| United States Department of Energy | Mediation Questionnaire due |
| Chris Wright | Mediation Questionnaire due |

| | |
|---|---|
| United States Department of Health and Human Services | Mediation Questionnaire due |
| Robert F. Kennedy, Jr. | Mediation Questionnaire due |
| United States Department of Homeland Security | Mediation Questionnaire due |
| Kristi Noem | Mediation Questionnaire due |
| United States Department of Housing and Urban Development | Mediation Questionnaire due |
| Scott Turner | Mediation Questionnaire due |
| DOJ - United States Department of Justice | Mediation Questionnaire due |
| Pamela Bondi | Mediation Questionnaire due |
| United States Department of the Interior | Mediation Questionnaire due |
| Doug Burgum | Mediation Questionnaire due |
| United States Department of Labor | Mediation Questionnaire due |
| Lori Chavez-DeRemer | Mediation Questionnaire due |
| United States Department of State | Mediation Questionnaire due |
| Marco Rubio | Mediation Questionnaire due |
| United States Department of the Treasury | Mediation Questionnaire due |
| Scott Bessent | Mediation Questionnaire due |
| United States Department of Transportation | Mediation Questionnaire due |
| Sean Duffy | Mediation Questionnaire due |
| United States Department of Veterans Affairs | Mediation Questionnaire due |
| Doug Collins | Mediation Questionnaire due |
| AmeriCorps | Mediation Questionnaire due |
| Jennifer Bastress Tahmasebi | Mediation Questionnaire due |
| United States Environmental Protection Agency | Mediation Questionnaire due |
| Lee Zeldin | Mediation Questionnaire due |
| United States General Services Administration | Mediation Questionnaire due |
| Stephen Ehikian | Mediation Questionnaire due |
| National Labor Relations Board | Mediation Questionnaire due |
| Marvin E. Kaplan | Mediation Questionnaire due |
| William Cowen | Mediation Questionnaire due |
| National Science Foundation | Mediation Questionnaire due |
| Brian Stone | Mediation Questionnaire due |
| United States Small Business Administration | Mediation Questionnaire due |
| Kelly Loeffler | Mediation Questionnaire due |
| Social Security Administration | Mediation Questionnaire due |

| | |
|---|---|
| Leland Dudek | Mediation Questionnaire due |

**Friday, June 6, 2025**

| | |
|---|---|
| Donald J. Trump | Preliminary Injunction Opening Brief Due |
| Office of Management and Budget | Preliminary Injunction Opening Brief Due |
| Russell Vought | Preliminary Injunction Opening Brief Due |
| United States Office of Personnel Management | Preliminary Injunction Opening Brief Due |
| Charles Ezell | Preliminary Injunction Opening Brief Due |
| United States Department of Government Efficiency | Preliminary Injunction Opening Brief Due |
| Elon Musk | Preliminary Injunction Opening Brief Due |
| Amy Gleason | Preliminary Injunction Opening Brief Due |
| United States Department of Agriculture | Preliminary Injunction Opening Brief Due |
| Brooke Rollins | Preliminary Injunction Opening Brief Due |
| United States Department of Commerce | Preliminary Injunction Opening Brief Due |
| Howard Lutnick | Preliminary Injunction Opening Brief Due |
| United States Department of Defense | Preliminary Injunction Opening Brief Due |
| Peter Hegseth | Preliminary Injunction Opening Brief Due |
| United States Department of Energy | Preliminary Injunction Opening Brief Due |
| Chris Wright | Preliminary Injunction Opening Brief Due |
| United States Department of Health and Human Services | Preliminary Injunction Opening Brief Due |

| | |
|---|---|
| Robert F. Kennedy, Jr. | Preliminary Injunction Opening Brief Due |
| United States Department of Homeland Security | Preliminary Injunction Opening Brief Due |
| Kristi Noem | Preliminary Injunction Opening Brief Due |
| United States Department of Housing and Urban Development | Preliminary Injunction Opening Brief Due |
| Scott Turner | Preliminary Injunction Opening Brief Due |
| DOJ - United States Department of Justice | Preliminary Injunction Opening Brief Due |
| Pamela Bondi | Preliminary Injunction Opening Brief Due |
| United States Department of the Interior | Preliminary Injunction Opening Brief Due |
| Doug Burgum | Preliminary Injunction Opening Brief Due |
| United States Department of Labor | Preliminary Injunction Opening Brief Due |
| Lori Chavez-DeRemer | Preliminary Injunction Opening Brief Due |
| United States Department of State | Preliminary Injunction Opening Brief Due |
| Marco Rubio | Preliminary Injunction Opening Brief Due |
| United States Department of the Treasury | Preliminary Injunction Opening Brief Due |
| Scott Bessent | Preliminary Injunction Opening Brief Due |
| United States Department of Transportation | Preliminary Injunction Opening Brief Due |
| Sean Duffy | Preliminary Injunction Opening Brief Due |
| United States Department of Veterans Affairs | Preliminary Injunction Opening Brief Due |

| | |
|---|---|
| Doug Collins | Preliminary Injunction Opening Brief Due |
| AmeriCorps | Preliminary Injunction Opening Brief Due |
| Jennifer Bastress Tahmasebi | Preliminary Injunction Opening Brief Due |
| United States Environmental Protection Agency | Preliminary Injunction Opening Brief Due |
| Lee Zeldin | Preliminary Injunction Opening Brief Due |
| United States General Services Administration | Preliminary Injunction Opening Brief Due |
| Stephen Ehikian | Preliminary Injunction Opening Brief Due |
| National Labor Relations Board | Preliminary Injunction Opening Brief Due |
| Marvin E. Kaplan | Preliminary Injunction Opening Brief Due |
| William Cowen | Preliminary Injunction Opening Brief Due |
| National Science Foundation | Preliminary Injunction Opening Brief Due |
| Brian Stone | Preliminary Injunction Opening Brief Due |
| United States Small Business Administration | Preliminary Injunction Opening Brief Due |
| Kelly Loeffler | Preliminary Injunction Opening Brief Due |
| Social Security Administration | Preliminary Injunction Opening Brief Due |
| Leland Dudek | Preliminary Injunction Opening Brief Due |

**Monday, July 7, 2025**

| | |
|---|---|
| American Federation Of Government Employees, AFL-CIO | Preliminary Injunction Answering Brief Due |

| | |
|---|---|
| American Federation Of State County And Municipal Employees, AFL-CIO | Preliminary Injunction Answering Brief Due |
| Service Employees International Union | Preliminary Injunction Answering Brief Due |
| American Federation of Government Employees Local 1122 | Preliminary Injunction Answering Brief Due |
| American Federation of Government Employees Local 1236 | Preliminary Injunction Answering Brief Due |
| American Federation of Government Employees Local 2110 | Preliminary Injunction Answering Brief Due |
| American Federation of Government Employees Local 3172 | Preliminary Injunction Answering Brief Due |
| Service Employees International Union, Local 1000 | Preliminary Injunction Answering Brief Due |
| Alliance for Retired Americans | Preliminary Injunction Answering Brief Due |
| American Geophysical Union | Preliminary Injunction Answering Brief Due |
| American Public Health Association | Preliminary Injunction Answering Brief Due |
| Center for Taxpayer Rights | Preliminary Injunction Answering Brief Due |
| Coalition to Protect Americas National Parks | Preliminary Injunction Answering Brief Due |
| Common Defense Civic Engagement | Preliminary Injunction Answering Brief Due |
| Main Street Alliance | Preliminary Injunction Answering Brief Due |
| Natural Resources Defense Council, Inc. | Preliminary Injunction Answering Brief Due |
| Northeast Organic Farming Association, Inc. | Preliminary Injunction Answering Brief Due |
| VoteVets Action Fund, Inc. | Preliminary Injunction Answering Brief Due |
| Western Watersheds Project | Preliminary Injunction Answering Brief Due |

| | |
|---|---|
| County of Santa Clara | Preliminary Injunction Answering Brief Due |
| City of Chicago | Preliminary Injunction Answering Brief Due |
| County of Martin Luther King, Jr., | Preliminary Injunction Answering Brief Due |
| County of Harris | Preliminary Injunction Answering Brief Due |
| City of Baltimore | Preliminary Injunction Answering Brief Due |
| City and County of San Francisco | Preliminary Injunction Answering Brief Due |

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**