

**U.S. Department of Justice**

Civil Division, Appellate Staff
950 Pennsylvania Ave. NW, Rm. 7513
Washington, DC 20530

---

Maxwell A. Baldi　　　　　　　　　　　　　　　　　　　　　　　　　　(202) 532-0211
maxwellbaldi@usdoj.gov

May 12, 2025

<u>VIA ACMS</u>
Molly C. Dwyer, Clerk of Court
U.S. Court of Appeals for the Ninth Circuit
James R. Browning United States Courthouse
95 7th Street
San Francisco, CA 94103

Re:　*In re Trump*, No. 25-3034
　　　*American Federation of Government Employees v. Trump*, No. 25-3030

Dear Ms. Dwyer:

　　I write to inform the Court that earlier this afternoon the district court postponed the government's deadline to produce Agency RIF and Reorganization Plans while it considers the governments motion for reconsideration or for a protective order. Dkt. 92. The court ordered plaintiffs to respond to defendants' motion in district court on Tuesday, May 13, and that defendants may file a reply on Wednesday, May 14. *Id.* A copy of the district court's order is attached.

　　The government is still required to certify compliance by tomorrow with the injunctive relief ordered by the district court. The government continues to respectfully request that this Court rule on its stay motion by Thursday, May 15.

　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　*/s/ Maxwell A. Baldi*
　　　　　　　　　　　　　　　　　　Maxwell A. Baldi

cc:　All counsel of record (via ACMS)

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, et al., <br><br> Defendants. | Case No. 25-cv-03698-SI <br><br> **ORDER SETTING BRIEFING SCHEDULE FOR MOTION FOR PROTECTIVE ORDER AND POSTPONING DISCOVERY DEADLINE** <br><br> Re: Dkt. No. 88 |

On Friday, May 9, 2025, the Court issued an order that compelled certain expedited discovery from defendants, with a deadline for production of Tuesday, May 13, at 4:00 p.m. (PDT). Dkt. No. 85. On Sunday, May 11, 2025, defendants filed a Motion for Protective Order or in the Alternative For Reconsideration on the basis of the deliberative process privilege, seeking a stay of the production deadline. Dkt. No. 88. The parties have conferred and neither plaintiffs nor defendants oppose a postponement of the May 13 discovery deadline while the motion is more fully considered by the Court. Accordingly, the deadline in the Court's expedited discovery order in Docket Number 85 that requires defendants Office of Budget and Management and Office of Personnel Management to produce certain materials by Tuesday, May 13, 2025 (*see* Dkt. No. 85 at 40), is stayed until the Court rules on defendants' motion.

The Court sets the following briefing schedule:

Plaintiffs' response to defendants' motion is due on Tuesday, May 13, 2025.

Defendants may file a reply on Wednesday, May 14, 2025.

///

///

The Court will determine whether to schedule a hearing on the motion after considering the parties' written submissions.

**IT IS SO ORDERED**.

Dated: May 12, 2025

_____
SUSAN ILLSTON
United States District Judge

2