UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 30 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; et al., <br><br>         Plaintiffs - Appellees, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States; et al., <br><br>         Defendants - Appellants. | Nos. 25-3030, 25-3293 <br><br> D.C. No. 3:25-cv-03698-SI <br> Northern District of California, San Francisco <br><br> ORDER |
| IN RE DONALD J. TRUMP. <br><br> DONALD J. TRUMP; et al., <br><br>         Petitioners, <br><br> v. <br><br> UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO, <br><br>         Respondent, <br><br> AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; et al., <br><br>         Real Parties in Interest. | No. 25-3034 <br><br> D.C. No. 3:25-cv-3698 <br> Northern District of California, San Francisco |

The motions (Docket Entry Nos. 10, 21, 33 in 25-3030; Docket Entry Nos. 10, 16 in 25-3034) for leave to file amicus curiae briefs related to the emergency stay motion are granted.

The motion (Docket Entry No. 37 in 25-3030; Docket Entry No. 31 in 25-3034; Docket Entry No. 6 in 25-3293) for leave to file an oversized response to the emergency stay motion is granted.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT