**IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, *et al.*,<br><br>Plaintiffs- Appellees,<br><br>v.<br><br>DONALD J. TRUMP, *in his official capacity as President of the United States*, *et al.*,<br><br>Defendants-Appellants. | No. 25-3030 |

**STIPULATION OF DISMISSAL**

The parties jointly request that the Court dismiss this appeal from the district court's order granting a putative temporary restraining order (Dkt. 85), in light of the district court's subsequent order granting a preliminary injunction (Dkt. 124), which is the subject of a pending appeal in No. 25-3293. The parties agree that they will bear their own costs and fees.

Respectfully submitted,

/s/ Stacey M. Leyton

STACEY M. LEYTON
  ALTSHULER BERZON LLP
  177 Post St., Suite 300
  San Francisco, CA 94108
  Tel.: (415) 421-7151
  sleyton@altber.com

COURTNEY L. DIXON

/s/ Maxwell A. Baldi

MAXWELL A. BALDI
  Attorneys, Appellate Staff
  Civil Division, Room 7513
  U.S. Department of Justice
  950 Pennsylvania Ave., N.W.
  Washington, D.C.  20530
  (202) 532-0211
  maxwell.baldi@usdoj.gov

*Counsel for Plaintiffs-Appellees*

*Counsel for Defendants-Appellants*

May 2025